IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03118-BNB

RON GATEWOOD,

    Plaintiff,

v.

VETERANS AFFAIRS,
PSL/et-all,
VETERAN AFFAIRS,
VA HOSPITAL ENROLLMENT ADM.,
DR. BRIAN REISS,
DEPT OF LABOR AND EMPLMENT [sic],
DR. ROBERT KAWASSAKI,
HOLLY HEALTHCARE SYS.,
CCIA INSURANCE,
PENNICOL INSURANCE,
WORKERS COMP.,
PSL/HOSPITAL,
HOLLY HEALTH OCCP,
KAISER PERMANETE [sic],
DR. COUILLE,
DR. J. TASH BERTON,
DR. LOEFFER,
DR. ED BAKER, and
DR. GRABOWSKI,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Ron Gatewood, currently resides in Denver, Colorado. Mr. Gatewood, acting *pro se*, initiated this action by filing a Complaint. On January 28, 2013, Magistrate Judge Boyd N. Boland entered an order finding that Mr. Gatewood's Complaint is unintelligible and fails to meet Fed. R. Civ. P. 8(a) requirements. Mr. Gatewood was ordered to file an amended complaint that sets forth a short and plain statement of his claims showing that he is entitled to relief and to identify the proper

jurisdiction for his claims.  Plaintiff also was directed to name proper defendants.  On January 31, 2013, Mr. Gatewood filed an Amended Complaint, but the pleading is unintelligible and fails to comply with Rule 8.  The Court, therefore, will dismiss the action.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal.  See *Coppedge v. United States*, 369 U.S. 438 (1962).  If Mr. Gatewood files a notice of appeal he must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to file an amended complaint that complies with the January 28, 2013 Order.  It is

FURTHER ORDERED that *in forma pauperis* status on appeal is denied.

DATED at Denver, Colorado, this  5th  day of      February       , 2013.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court