IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03118-LTB

RON GATEWOOD,

    Plaintiff,

v.

VETERANS AFFAIRS,
PSL/et-all,
VETERAN AFFAIRS,
VA HOSPITAL ENROLLMENT ADM.,
DR. BRIAN REISS,
DEPT OF LABOR AND EMPLMENT [sic],
DR. ROBERT KAWASSAKI,
HOLLY HEALTHCARE SYS.,
CCIA INSURANCE,
PENNICOL INSURANCE,
WORKERS COMP.,
PSL/HOSPITAL,
HOLLY HEALTH OCCP,
KAISER PERMANETE [sic],
DR. COUILLE,
DR. J. TASH BERTON,
DR. LOEFFER,
DR. ED BAKER, and
DR. GRABOWSKI,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on February 5, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 5 day of February, 2013.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk

By: s/ S. Grimm
    Deputy Clerk